**Jason K. Singleton,** State Bar #166170
jason@singletonlawgroup.com
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501

(707) 441-1177
FAX 441-1533

**Attorneys for Plaintiff, MARSHALL LOSKOT**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL LOSKOT,<br><br>   Plaintiff,<br>v.<br><br>CHAD HYLTON, ADAM SIMAS, dba HAMPTON COLLECTIVE, M & M PARTNERSHIP, and DOES ONE through FIFTY, inclusive,<br><br>   Defendants. | Case No. 2:11-CV-00569 GEB GGH<br><br>STIPULATION TO ALLOW FILING OF SECOND AMENDED COMPLAINT<br>and (proposed) ORDER |

Plaintiff, MARSHALL LOSKOT, filed his complaint on March 1, 2011, and immediately filed an AMENDED COMPLAINT to correct the spelling of named Defendant CHAD HILTON to CHAD HYLTON.  The Amended complaint was served on Defendants and Defendant M & M PARTNERSHIP filed its answer on March 24, 2011.

No responsive pleading was received from Defendants CHAD HYLTON or ADAM SIMAS and Plaintiff's counsel wrote Defendants a letter advising Plaintiff would take their default if no responsive pleading was filed.  Plaintiff's counsel was contacted by Defendants representative advising the subject business was owned and operated by THE HAMPTON COLLECTIVE, a California corporation, and not by the named individuals.

Plaintiff desires to file a Second Amended Complaint removing the individuals CHAD HYLTON and ADAM SIMAS and inserting THE HAMPTON COLLECTIVE, a California corporation, in their place and stead.  No other changes will be made to the complaint. A copy

of the proposed Second Amended Complaint is attached hereto as Exhibit A.

Defendant M & M PARTNERSHIP stipulates that Plaintiff may file the Second Amended Complaint and Plaintiff stipulates that M & M PARTNERSHIP shall not be required to file an Answer to the Second Amended Complaint and that its Answer filed March 24, 2011, is accepted as responsive to the Second Amended Complaint.

**SINGLETON LAW GROUP**

Dated: May 16, 2011     /s/ Jason K. Singleton
Jason K. Singleton, Attorney for Plaintiff,
**MARSHALL LOSKOT**

**LAW OFFICES OF GARY BYRON ROACH**

Dated: May 16, 2011     /s/ Gary Byron Roach
Gary Byron Roach, Attorney for Defendant
M & M PARTNERSHIP

ORDER

Based on the foregoing stipulation and good cause appearing,

1. Plaintiff may file a Second Amended Complaint and the Clerk is directed to issue a Summons for Defendant THE HAMPTON COLLECTIVE, a California corporation.

2. Defendant M & M PARTNERSHIP shall not be required to file an Answer to the Second Amended Complaint, its Answer filed March 24, 2011, is accepted as responsive to the Second Amended Complaint.

IT IS SO ORDERED.

**Date: 5/17/2011**

GARLAND E. BURRELL, JR.
United States District Judge